**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **TRANSPAC MARINE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.:  1:20-cv-10115-DPW** |
| | ) | |
| | ) | |
| **YACHTINSURE SERVICES, INC.** | ) | |
| **a foreign Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT, YACHTINSURE SERVICES, INC.'S MOTION TO STRIKE EXHIBIT B TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AT DOCKET NO. 30-2**

NOW COMES the Defendant, Yachtinsure Services, Inc. ("Yachtinsure" or "Defendant"), in the above captioned matter, by and through its attorneys, Holbrook & Murphy, and respectfully submits its Motion to Strike Exhibit B to Plaintiff's Response in Opposition to Defendant's Motion For Summary Judgment at Docket No. 30-2. (hereinafter referred to as "Motion to Strike"). Yachtinsure submits the below in support of its Motion to Strike.

Documents used to support or oppose summary judgment must be properly authenticated. *Carmona v. Toledo*, 215 F.3d 124, 131 (1st Cir. 2000) (*citing* Fed. R. Civ. P. 56(e)). In order to be admissible for summary judgment, "documents must be authenticated by and attached to an affidavit that meets the requirements of Rule 56(e)." *Id.* at 131 (*quoting Orsi v. Kirkwood,* 999 F.2d 86, 92 (4th Cir.1993). Further, "[i]t is black-letter law that hearsay evidence cannot be considered on summary judgment." *Davila v. Corporacion De Puerto Rico Para La Difusion Publica*, 498 F.3d 9, 17 (1st Cir. 2007).

Exhibit B to Transpac's Response in Opposition to Yachtinsure's Motion For Summary Judgment purports to be a print out from www.EngineeringToolBox.com which purports to delineate the minimum breaking strength and safe load of nylon rope. The statements made in the website print out are out of court statements, made by a third-party (not a party to the current litigation), and are offered for the truth of the matter asserted, that Transpac "doubled the holding power of the lines." Exhibit B to the Transpac's Response in Opposition to Yachtinsure's Motion For Summary Judgment is hearsay and should be stricken from the record and not considered for the Motion for Summary Judgment.

Further, Exhibit B is not properly authenticated, because it is not "…attached to an affidavit that meets the requirements of Rule 56(e)." *Id.* at 131 (*quoting Orsi v. Kirkwood,* 999 F.2d 86, 92 (4th Cir.1993). In fact, Transpac Marine, LLC does not reference Exhibit B in any Declaration in support of its argument. Exhibit B is not properly authenticated and should be stricken from the record and not considered for the purposes of Summary Judgment.

WHEREFORE, Defendant, Yachtinsure Services, Inc., prays this Honorable Court grant its Motion to Strike Exhibit B to Plaintiff's Response in Opposition to Defendant's Motion For Summary Judgment at Docket No. 30-2 and grant such other relief which is just and proper.

Respectfully Submitted,
Defendant, Yachtinsure Services, Inc.
By its attorneys,

HOLBROOK & MURPHY

*/s/ Daniel C. Kelley*
Robert J. Murphy BBO# 557659
Samuel P. Blatchley BBO# 670232
Daniel C. Kelley BBO# 703555
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
rmurphy@holbrookmurphy.com
sblatchley@holbrookmurphy.com
dkelley@holbrookmurphy.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Daniel C. Kelley*
Daniel C. Kelley BBO# 703555
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
dkelley@holbrookmurphy.com